**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
JAMAL HAMMOUD,

                           Plaintiff,                    Civ. No. 1:20-cv-00106 (MKV)

    v.

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN,

                           Defendant.
------------------------------------------------------------------x

**DECLARATION OF JACOB A. ENGLANDER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**Jacob A. Englander** declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

    1.    I am an associate in the office of Lazare Potter Giacovas & Moyle LLP, attorneys for Plaintiff Jamal Hammoud ("Plaintiff") in the above captioned matter.

    2.    I submit this declaration in support of Plaintiff's Opposition to Defendant Société Générale de Banque au Liban's ("SGBL") Motion to Dismiss and in order to place before the Court certain documents of which the Court may take judicial notice, and which are referenced in Plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss.

    3.    Annexed hereto as <u>Exhibit A</u> is a true and correct copy of a screenshot of SGBL's webpage titled "Our Correspondent Banks", which is publicly available here: http://www.sgbl.com.lb/sgbl_en/notrereseau/Pages/NosBanquesCorrespondantes.aspx.

    4.    Annexed hereto as <u>Exhibit B</u> is a true and correct copy of the cover page and "financial highlights" page of SGBL Group's Annual Report 2018, which is publicly available

here:

http://www.sgbl.com.lb/sgbl_fr/NosPublications/Annual%20Report/Rapport%20annuel%202018.pdf.

5. Annexed hereto as Exhibit C is a true and correct copy of the April 14, 2020 Declaration of Muhannad Saleh Ammar.

6. Annexed hereto as Exhibit D is a true and correct copy of a screenshot of Transparency International's Lebanon page, indicating a ranking of 137 out of 180 countries on the Corruption Perceptions Index (CPI) for 2019, which is publicly available here: https://www.transparency.org/country/LBN.

Dated: New York, New York
April 15, 2020

**LAZARE POTTER GIACOVAS & MOYLE LLP**

By: /s/ Jacob A. Englander
     Jacob A. Englander
747 Third Avenue, 16th Floor
New York, New York 10017
(212) 758-9300
jenglander@lpgmlaw.com

*Attorneys for Plaintiff
Jamal Hammoud*