| UNITED STATES DISTRICT COURT | USDC SDNY |
| SOUTHERN DISTRICT OF NEW YORK | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #: |
| | DATE FILED: 5/28/2021 |

JAMAL HAMMOUD,

                Plaintiff,

-against-

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN,

                Defendant.

1:20-cv-106 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that Defendant shall file its contemplated motion to dismiss the Amended Complaint by June 18, 2021 [*see* ECF #24, 25]. Plaintiff shall respond by July 2, 2021, and Defendant shall reply by July 9, 2021.

**SO ORDERED.**

Date: **May 28, 2021**
      **New York, NY**

                                        */s/ Mary Kay Vyskocil*
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**