# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JAMAL HAMMOUD,

                      Plaintiff,

    -against-

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN,

                      Defendant.

**1:20-cv-00106-MKV**

## DECLARATION OF MICHAEL J. SULLIVAN
## IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

I, Michael J. Sullivan, declare:

1.      I am a Partner with Ashcroft Law Firm, counsel for Defendant Société Générale De Banque au Liban S.A.L. ("SGBL") in the above-captioned action.  I am admitted *pro hac vice* to practice before this Court.  I submit this declaration to place before this Court certain documents referenced in SGBL's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Amended Complaint.

2.      Attached hereto as Exhibit A is a true and correct copy of the November 17, 2019, Press Release from the Association of Banks in Lebanon.

3.      Attached hereto as Exhibit B is a true and correct copy of bank checks, dated February 4, 2020.

4.      Attached hereto as Exhibit C is a true and correct copy of the Declaration of Jeanine Kabengi.

5.      Attached hereto as Exhibit D is a true and accurate copy of the Account Opening Application, in both Arabic and English.

6.      Attached hereto as Exhibit E is a true and correct copy of the January 17, 2020, article from Reuters entitled "Frustrated Lebanese depositors turn rage on crisis-hit banks," by Eric Knecht.

7.      Attached hereto as Exhibit F is a true and correct copy of the Declaration of Joseph Khoury-Hélou.

I declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and accurate.

Dated: June 18, 2021                              /s/ Michael J. Sullivan
                                                  Michael J. Sullivan
                                                  200 State Street, 7th Floor
                                                  Boston, MA 02109
*Counsel for Defendant Société*                   T: 617-573-9400
*Générale de Banque au Liban S.A.L.*              msullivan@ashcroftlawfirm.com

2