# EXHIBIT B



**BANQUE DU LIBAN**

To be cleared only in Lebanon

مصرف لبنان

USD    \*131,744.00\*\*\*

No.  583500 /F

Payable au Premier Bénéficiaire

Payez contre ce chèque
PAY AGAINST THIS CHECK

إدفعـوا بموجـب هـذا الشـك

A l'ordre de   MILESTONES CAPITAL ME ( OFFSHORE ) SAL
TO THE ORDER OF

لامـر

La somme de  ONE HUNDRED AND THIRTY ONE THOUSAND SEVEN HUNDRED AND FORTY
THE SUM OF          en toutes lettres / IN LETTERS   بالاحرف

مبلـغ

FOUR US DOLLARS

Payable à /AT         CHIAH–AL ARISS    في   04 /02/ 2020  Signature
                                      Place          Date    مكان الاصدار

بنك سوسيته جنرال في لبنان ش.م.ل.

BEIRUT
بيروت

600191112

⑈583500⑈ 9990011⑆ 00060019111 2⑈ 840⑈ ⑈0001317440 0⑈

**BANQUE DU LIBAN**

To be cleared only in Lebanon

مصرف لبنان

EUR    \*323,679.00\*\*\*

No.  583499 /F

Payable au Premier Bénéficiaire

Payez contre ce chèque
PAY AGAINST THIS CHECK

إدفعـوا بموجـب هـذا الشـك

A l'ordre de   MILESTONES CAPITAL ME ( OFFSHORE ) SAL
TO THE ORDER OF

لامـر

La somme de  THREE HUNDRED AND TWENTY THREE THOUSAND SIX HUNDRED AND
THE SUM OF          en toutes lettres / IN LETTERS   بالاحرف

مبلـغ

SEVENTY NINE EURO

Payable à /AT         CHIAH–AL ARISS    في   04 /02/ 2020  Signature
                                      Place          Date    مكان الاصدار

بنك سوسيته جنرال في لبنان ش.م.ل.

BEIRUT
بيروت

600191112

⑈583499⑈ 9990011⑆ 00060019111 2⑈ 978⑈ ⑈0003236790 0⑈