# EXHIBIT D

**SGBL**          **Account Opening Application for Juristic Person**

Beirut                                                                                    Date: 11/01/2011

Trading Name: Milestones Capital (MC) S.A.L. (Offshore)

Legal Form: Offshore S.A.L.

Registered Office: Msaytbeh – Basement Floor, Msaytbeh St. – Property No. 4961 – Section (6)

Account No.: 065-004-360-529800-?      ☑ Current    ☐ Deposit    ☐ Fixed    Interest Rate: ....    Due Date: ...

Account No.: ......./....../........./...../..........      ☐ Current    ☐ Deposit    ☐ Fixed    Interest Rate: ....    Due Date: ...

| Full Name and Domicile of Persons Authorized with all Banking Operations for the Company or Agency | Current Position in the Company (or Agency): Chairman – Vice Chairman – Board Member – Certified Director | Number of Required Signatures (Jointly, severally, .....) | Attached Documents |
|---|---|---|---|
| Jamal Hussein Mohammed | Certified Director | //Signed by proxy// | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

It is agreed that the accounts opened in our name with your Bank constitute elements for one undividable account with credit or debit balance.

As you have accounts similar to the accounts with foreign currencies that we have with you for your customers abroad, then the balances of those accounts are subject to the regulations and restrictions adopted or will be applicable in the countries where those customers locate, and hence they are only available for us to your extent for the right of disposal with your customers.

As cheques magnetization requires new technologies and techniques, the Bank may print and give personal stamp to the checkbooks with external printing house.

**Signature(s) & Seal of the Company**

//SD//

//Sealed//

Please check the terms on the back.

Beirut                                                                                          Date: 18/01/2011

**M/s. Societe Generale de Banque au Liban (SGBL)**

We, the undersigned, Milestones Capital (MC) S.A.L. (Offshore), owners of Account(s) No.: 065-004-360-529800, hereby waive the banking confidentiality with regard to the provisions of Lebanon Bank Resolution No. 5913 dated 23/06/1995.

We also declare that we are informed that each bank is committed to enroll the name of every customer in the Customers In Default List with the "Central Authority for Customers In Default" with Lebanon Bank, within fifteen (15) days from the date of notice to the customer on refusal of the cheque withdrawn on it, in one of the following cases:

A. If the customer fails to deposit the necessary balance in his account, if the cheque is bounced for lack of funds, insufficient funds or recovery of all or some of funds after cheque withdrawal;
B. If the drawee bank does not receive the customer's original bounced cheque, if it was bounced due to any frequent mistake in signature or for tallying up for more than three times within the same month; and
C. If the drawer prevents the drawee to pay the cheque other than on the cases set forth in Article (428) of the Commerce Law.

Further, we declare that you are obliged with ceasing delivery of the checkbook to us if our name is enrolled on the Customers In Default List of the Central Authority with Lebanon Bank, in accordance with the below terms:

- For six months, if our name is enrolled on such List for the first time;
- For eighteen months, if our name is enrolled on such List for the second time;
- For three years, if our name is enrolled on such List for the third time;

It is still agreed that if we draw a cheque but it is bounced, you are still obliged with ceasing delivery of the checkbook to us as long as we failed to settle such cheque.

Therefore, we fully discharge you from the consequences of the aforesaid Resolution application.

                                                                  Regards,

Name, Signature and Seal of the Customer

//SD//
_____

We request freezing the Account No. ..................................................... as per the below conditions:

**Freezing Conditions**

1. The amounts deposited with you are only payable on their maturity and no amount thereof could be withdrawn before its maturity.
2. The interest rate, as registered in the above page, remain applicable throughout the deposit period.
3. Unless we have agreed five days, at least, before the due date, the deposit is renewed based on the interest you then apply for the similar deposits.
4. Unless we inform you in writing five days before the due date, the deposit is automatically renewed for other terms equal to those agreed upon before, as well as the same conditions are applied upon renewing any subsequent maturity.
5. All subsequent payments that will be added to such deposit will be due on the same time, i.e. the date set firstly or resulted from renewal.
6. Interests are calculated on the rate of the deposit renewal period and added to the share capital per each maturity.

**Name, Signature and Seal of the Customer**